FILED by _____ **YH** ___ D.C.

**Mar 17, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
**20-60081-CR-DIMITROULEAS/SNOW**
CASE NO.

18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. § 2422(b)

### UNITED STATES OF AMERICA

v.

### FABIO LOPEZ,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about July 2019, and continuing through March 10, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### FABIO LOPEZ,

did attempt to employ, use, persuade, induce, entice, and coerce Victim 1, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction would have been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2

Beginning in or about July 2019, and continuing through March 10, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### FABIO LOPEZ,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and

coerce an individual who had not attained the age of eighteen years, that is, Victim 1, to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS

1.      Upon conviction of a violation of Title 18, United States Code, Sections 2251(a) and (e), the defendant, **FABIO LOPEZ,** shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

2.      The property which is subject to forfeiture includes, but is not limited to;

(a)      One (1) white BMW X5 bearing VIN 5UXKT0C56H0S79794.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JODI ANTON
ASSISTANT U.S. ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    **CASE NO.** _____

**vs.**

                                                **CERTIFICATE OF TRIAL ATTORNEY***

**Fabio Lopez,**

                    **Defendant.**
_____/   **Superseding Case Information:**

**Court Division:** (Select One)                 New Defendant(s) _____ Yes _____ No
                                                Number of New Defendants _____
   Miami _____   Key West _____             Total number of counts _____
   FTL __X__   WPB _____   FTP _____

I do hereby certify that:
1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      ___NO___
     List language and/or dialect      _____

4.   This case will take      __5-7__      days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                           (Check only one)

     I      0  to  5 days      ========      Petty      _____
     III    11  to  20 days    _____      Misdem.    _____
     IV     21  to  60 days    _____      Felony     ___X____
     V      61 days and over   _____

6.   Has this case been previously filed in this District Court?      __No__      (Yes or No)
If yes:
Judge: _____Case No. _____
             (Attach copy of dispositive order)
Has a complaint been filed in this matter?      __Yes__   (Yes or No)
If yes:
Magistrate Case No.                              20-6155-JMS
Related Miscellaneous numbers:                   _____
Defendant(s) in federal custody as of            03/11/2020
Defendant(s) in state custody as of              _____
Rule 20 from the District of                     _____

Is this a potential death penalty case?      __No__   (Yes or No)

7.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      _____ Yes   __X__   No

8.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      _____ Yes   __X__   No

                                    _____
                                    JODI ANTON
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court ID Number: A5501753

Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:** **<u>Fabio Lopez</u>**          **Case No:** _____

Count:   1

 Production of Child Pornography

 18 U.S.C. §§ 2251(a) and (e)

**\*Max. Penalty:** Thirty (30) years' imprisonment with a minimum mandatory term of fifteen (15) years' imprisonment; a term of supervised release of at least five (5) years' and up to a maximum term of life; $250,000 fine

Count:   2

 Enticement of a Minor

 18 U.S.C. § 2422(b)

**\*Max. Penalty:** Life imprisonment with a minimum mandatory term of ten (10) years' imprisonment; a term of supervised release of at least five (5) years' and up to a maximum term of life; $250,000 fine

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**